# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF UTAH, *by and through its Governor*, SPENCER J. COX, *and its Attorney General*, SEAN D. REYES, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY *and* MICHAEL S. REGAN, *Administrator*, U.S. EPA, <br><br> Respondents. | No. 23-1102 |
| STATE OF UTAH, *by and through its Governor*, SPENCER J. COX, *and its Attorney General*, SEAN D. REYES, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY *and* MICHAEL S. REGAN, *Administrator*, U.S. EPA, <br><br> Respondents. | No. 24-1040 |

| | |
|---|---|
| STATE OF OKLAHOMA, *by and through its Attorney General*, GENTNER F. DRUMMOND, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY *and* MICHAEL S. REGAN, *Administrator*, U.S. EPA,<br><br>    Respondents. | Nos. 24-1043 |

## NEVADA CEMENT COMPANY'S
## MOTION TO GOVERN FUTURE PROCEEDINGS

Megan Berge
Sarah Douglas
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, D.C. 20001
(415) 291-6233
(202) 639-7733
megan.berge@bakerbotts.com

J. Mark Little
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1489
mark.little@bakerbotts.com

*Attorneys for Petitioner Nevada Cement Company*

Petitioner Nevada Cement Company ("Nevada Cement") files the following Motion in response to this Court's Order dated February 28, 2024:

Nevada Cement filed protectively in this Court to preserve its right to judicial review in the event the Ninth Circuit determined that venue is proper in this Court.[1] In an order issued on June 27, 2023, this Court held in abeyance Nevada Cement's petition—in addition to similar protective petitions filed by Oklahoma, Utah, Nevada, and various industry petitioners—pending further order of the Court. *See* Order, Dkt. 2005201 (D.C. Cir. Jun. 27, 2023).

Nevada Cement submits that this Court should sever its challenge (No. 23-1115) and continue to hold this challenge in abeyance pending resolution of ongoing litigation in the Ninth Circuit. This case involves a unique procedural posture, since the Ninth Circuit has retained jurisdiction over Nevada Cement's ongoing challenge to the Nevada SIP Disapproval, where the State of Nevada is an intervenor.[2] The parties are currently undergoing mediation through the Ninth Circuit Mediation Program,[3] and Nevada Cement and EPA are close to reaching a settlement. While these negotiations continue, Nevada Cement requests that this Court continue to hold

---

[1] *See* Nevada Cement Petition for Review, Doc. 1995082 at 2 (April 14, 2023).

[2] *See Nevada Cement Company v. EPA*, No. 23-682 (9th Cir. July 3, 2023) (deferring decision on venue pending adjudication of the merits).

[3] *See Nevada Cement Co.*, No. 23-682, Dkts. 40.1, 43 (9th Cir. Feb. 28, 2024) (temporarily closing docket for administrative purposes until May 6, 2024, to allow the parties to engage in mediation).

its protective petition in abeyance pending resolution of its Ninth Circuit action. EPA

does not oppose this request.

DATED: March 29, 2024

Respectfully Submitted,

*/s/ Megan Berge*
Megan Berge
Sarah Douglas
Baker Botts L.L.P.
700 K Street N.W.
Washington, D.C. 20001
(415) 291-6233
(202) 639-7733

J. Mark Little
Baker Botts L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1489

*Attorneys for Petitioners Nevada Cement Company*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the format and word limit of Fed. R. App. P. 27(d)(1)-(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 276 words. This document also complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

DATED: March 29, 2024

*/s/  Megan Berge*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2024, I filed the foregoing response with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

DATED: March 29, 2024

*/s/ Megan Berge*