# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1102**  September Term, 2024

EPA-88FR9336

**Filed On: November 6, 2024**

State of Utah, by and through its Governor, Spencer J. Cox and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan,

    Respondents

------------------------------

Consolidated with 23-1103, 23-1105, 23-1106, 23-1107, 23-1112, 23-1113, 23-1115

_____

**No. 24-1040**

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

    Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

    Respondents

------------------------------

Consolidated with 24-1041, 24-1042

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1102**　　　　　　　　　　　　　　　**September Term, 2024**

_____

**No. 24-1043**

State of Oklahoma, by and through its
Attorney General, Gentner F. Drummond and
Oklahoma Department of Environmental
Quality,

　　　　Petitioners

　　v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

　　　　Respondents

------------------------------

Consolidated with 24-1044, 24-1045, 24-1046

### O R D E R

Upon consideration of the joint motion to govern, it is

**ORDERED** that these cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these cases within 30 days of the Supreme Court's issuance of an opinion in Oklahoma v. EPA, No. 23-1067 (cert. granted Oct. 21, 2024), and PacifiCorp v. EPA, No. 23-1068 (cert. granted Oct. 21, 2024).

In the event entry of a briefing schedule is requested, proposed formats for the briefing of these cases should be submitted. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any

United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1102**  **September Term, 2024**

request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Laura M. Morgan
Deputy Clerk