# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 23-1102**                  **September Term, 2024**

EPA-88FR9336

**Filed On: August 26, 2025**

State of Utah, by and through its Governor, Spencer J. Cox and its Attorney General, Sean D. Reyes,

       Petitioner

       v.

Environmental Protection Agency and Lee M. Zeldin,

       Respondents

------------------------------

Consolidated with 23-1103, 23-1105, 23-1106, 23-1107, 23-1112, 23-1113, 23-1115

## O R D E R

Upon consideration of petitioners' unopposed motion for voluntary dismissal of their petitions for review, it is

**ORDERED** that the motion be granted and these consolidated petitions be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                             BY:     /s/
                                     Laura M. Morgan
                                     Deputy Clerk